IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH HARRIS, | : | |
|     Petitioner, | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 14-2879 |
| LAWRENCE MAHALLY et al., | : | |
|     Respondents. | : | |

## ORDER

AND NOW, this 22nd day of August, 2016, upon consideration of Petitioner's counseled objections, (Dkt No. 21), to the Report and Recommendation of the Honorable Marilyn Heffley, United States Magistrate Judge, (Dkt No. 16), Petitioner's Amended Petition, (Dkt No. 9), the Government's Response thereto, (Dkt No. 15), and the full record, it is hereby ORDERED that:

1. Petitioner's objections are OVERRULED;

2. The Court ADOPTS AND AFFIRMS the Report and Recommendation;

3. The Petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED with prejudice for the reasons stated in the accompanying Memorandum Opinion;

4. There is no basis for the issuance of a certificate of appealability;

5. The Clerk of Court is DIRECTED to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. DARNELL JONES, II, J.